STATE OF NORTH DAKOTA )
                                       ) SS
COUNTY OF CASS           )

I, Christopher Holte, being duly sworn, depose and state as follows:

1. I have worked as a Police Officer for the Fargo Police Department in Fargo, ND since 2013, and am a licensed Peace Officer in the State of North Dakota. I have been a Detective assigned to the Narcotics division since November of 2016. I have been assigned as Postal Inspector Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS) since March of 2023 and have completed a 24-hour USPIS orientation course. I am currently assigned to a narcotics assignment, located at the Fargo, ND office of the Denver Division. As part of my duties as a U.S. Postal Inspector TFO, I investigate the use of the U.S. Mails to illegally send and receive controlled substances and drug trafficking instrumentalities. As part of this assignment, I received formal training from the USPIS and training through contact with experts from various law enforcement agencies. I have received training in the enforcement of laws, and the identification of packages with characteristics indicative of criminal activity. I have conducted and participated in criminal investigations utilizing the normal methods of investigation.

2. Since the affidavit is being submitted for the limited purpose of supporting a package search warrant, I have not included each and every fact known concerning this investigation. I have set forth only the facts believed necessary to establish probable cause to search said packages. Where statements of others are set forth in this affidavit, they are set forth in substance and are not verbatim. The information contained in this affidavit is based on my personal observations and experience, in addition to information obtained by other law enforcement agents, witnesses and documents.

3. On March 21, 2025, TFO Holte applied and was granted a federal search warrant (3:25-MJ-195) for a USPS Priority Mail package displaying tracking number 9505 5148 2612

5070 8874 83. This above-mentioned package was sent from Tulsa, OK to Fargo, ND. On the same day TFO Holte executed this federal search warrant and found the package contained approximately 4558 gross grams of marijuana products and 1472 gross grams of marijuana flower.

4. On April 29, 2025, TFO Geoff Bakken received IP subscriber information for an internet protocol (IP) address that was tracking the USPS Priority Mail package with tracking number that ended in 7483 that TFO Holte found contained a significant amount of marijuana flower and products.

5. On April 29, 2025, during a review of USPS packages destined to North Dakota, USPIS personnel identified a suspicious Priority Mail package enroute from Tulsa, OK to Fargo, ND. USPS personnel identified this package due to the same IP address that was tracking the previous package with tracking number ending in 7483 that contained marijuana flower and products was also tracking this second package from Tulsa, OK. On April 24, 2025, the second package was placed into the mail stream from Sand Springs, OK. The package displays tracking number 9505 5128 4627 5114 6244 03, weighs 22 pounds and 6 ounces, and has $57.20 in US Postage affixed. The Package was paid for in cash and had an original scheduled delivery date of April 29, 2025. The Package is from "Kory Fitzgerald 305 N. 53RD West Ave Tulsa, OK 74127" and addressed to "Luke Dewulf 342 19TH ST N. Unit #1 Fargo, ND 58102".

6. Through review of various USPS records and other law enforcement databases, I determined the suspicious Priority Mail package contained several features, that in combination, are consistent with packages containing controlled substances, instrumentalities, or proceeds, sent using the US Mail
    - The Priority Mail packages was paid for with cash. I know that individuals who utilize the US Mail to traffic-controlled substances, utilize the form of cash to pay for mailing transactions to avoid detection by law enforcement.

- Individuals involved in distributing controlled substances or proceeds through the U.S. Mail may attempt to disguise the sender or recipient of the package by listing fictitious address information, using fictitious or generic/common names, or by using incomplete addresses. USPIS personnel reviewed the CLEAR law enforcement database for the sender's name resulting in the sender's name did not associating with the sender's addresses. USPIS personnel reviewed the CLEAR law enforcement database for the recipient's name and found the recipient's name did associate with the recipient address listed on package.

7. Postal regulation section 274.31 of the USPS Administrative Support Manual states that no one may detain mail sealed against inspection, except under the following condition: A Postal Inspector acting diligently and without avoidable delay, upon reasonable suspicious, for a brief period of time, to assemble evidence sufficient to satisfy the probable cause requirement for a search warrant issued by a Federal Court. Additionally, pursuant to Section 233.1 of the Code of Federal Regulations (CFR), Postal Inspectors are authorized to accept, maintain custody of, and deliver mail.

8. On April 29, 2025, the suspicious Priority Mail package arrived at the Prairiewood sorting facility further processing. On the same day, TFO Kyle Hinrichs went to the Prairiewood Post Office and visually and physically inspected the suspicious Priority Mail package and confirmed the above description and characteristics.

9. On April 30, 2025, the suspicious Priority Express Mail package was presented to a K-9 sniff at the Downtown Fargo Post Office. Fargo Police K-9 Detective Bret Witte and his certified narcotics detection dog "Kilo" examined the area where several packages were placed. Detective Witte was unaware of the description or characteristics of the Priority Mail package, and did not witness the preparation of the package lineup, or know the specific location of where the suspicious package were placed. The suspicious Priority Mail package was placed among five other packages of various sizes. Detective Witte

indicated "Kilo" positively alerted to the presence of the odor of controlled substances emanating from the suspicious Priority Mail package.

10. Attached hereto, and incorporated herein by reference as Attachment A, is information provided by the canine handler regarding the canine's training and accuracy in detecting controlled substances.

11. Your affiant, therefore, seeks the issuance of a warrant to search this package and the contents contained therein, for controlled substances, controlled substance paraphernalia, and the proceeds relating to the sale of controlled substances, in violation of Title 21, United States Code, Sections 841 (a)(1), 843(b), and 846.

Respectfully submitted,

*Christopher Holte*

Christopher Holte
U.S. Postal Inspector TFO

*[signature]*

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 30 DAY OF APRIL 2025.
UNITED STATES MAGISTRATE JUDGE